1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                      FOR THE DISTRICT OF ARIZONA

5

6   United States of America,              )    CR 07-1172-2-TUC-RCC
                                           )
7              Plaintiff,                   )    **ORDER**
                                           )
8   vs.                                     )
                                           )
9                                          )
    Juan Valencia-Aguilar,                  )
10                                          )
               Defendant.                   )
11                                          )
    _____ )
12

13

14          The Court has reviewed the transcript of the proceedings and the pleadings filed by

15  the parties,

16          **IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation

17  (#28).

18          **IT IS FURTHER ORDERED DENYING** Defendant's Motion to Suppress Post-

19  Arrest Statement (#19) and **DENYING IN PART** Government's Motion to Summarily

20  Dismiss or in the Alternative, Opposition to Defendant's Motion to Suppress Post-Miranda

21  Statements (#20).  However, the Court is inclined to give a cautionary instruction about the

22  absence of a taped recorded statement of the defendant.

23          DATED this 14th day of December, 2007.

24

25

26

27          _____
                        Raner C. Collins
28                 United States District Judge